IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| OLMAN ELIAS NAVARRO-RIVERA,<br><br>  Petitioner,<br><br>v.<br><br>BRIAN ACUNA, Acting Field Office Director of Immigration and Customs Enforcement, New Orleans Field Office, Immigration and Customs Enforcement; TRINITY MINTER, Warden of West Tennessee Detention Facility; TODD LYONS, Acting Director of Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; SIRCE OWEN; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>  Respondents. | No. 2:25-cv-03034-SHL-atc |

**ORDER REQUIRING ADDITIONAL INFORMATION FROM PETITIONER AND ORDERING SERVICE BY PETITIONER**

On November 12, 2025, Petitioner Olman Elias Navarro-Rivera filed the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging his continued detention in the West Tennessee Detention Facility without a bond hearing, arguing that he is entitled to a bond hearing under 8 U.S.C. § 1226 and that his continued detention without such a hearing is violative of his constitutional rights. (ECF No. 6.) However, Navarro-Rivera failed to provide a statement of his individualized facts in the Petition so that it can be ruled on. (ECF No. 6-2 at PageID 31.) Upon review of the Petition, it is **ORDERED** as follows:

  (1)  Navarro-Rivera shall **SUPPLEMENT the Petition** within five days of the entry

of this Order, and provide a factual basis as to why he should not be considered an "arriving alien" under 8 U.S.C. § 1225. He shall, also within five days of this Order, serve one copy each of the Petition (ECF No. 6 and all attachments) and this Order on each Respondent, and ensure that copies are delivered to the United States Attorney for the Western District of Tennessee at the following address:

> Stuart Canale, Assistant United States Attorney
> United States Attorney's Office
> 167 North Main Street
> Suite 800
> Memphis, TN 38103

Navarro-Rivera shall additionally serve the United States Attorney for the Western District of Tennessee electronically at the following email address: stuart.canale@usdoj.gov.

(2) Within **five days** after Navarro-Rivera files the supplemental information, Respondents shall respond to the petition for writ habeas corpus in writing.

(3) Navarro-Rivera may file a reply within **two days** after Respondents' responsive filing.

(4) Respondents shall not transfer Petitioner Navarro-Rivera out of the West Tennessee Detention Center during the pendency of the Petition.

**IT IS SO ORDERED,** this 17th day of November, 2025.

s/ Sheryl H. Lipman<br>
SHERYL H. LIPMAN<br>
CHIEF UNITED STATES DISTRICT JUDGE