# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| OLMAN ELIAS NAVARRO-RIVERA,  )<br>  )<br>    Petitioner,  )<br>  )<br>v.  )<br>  )<br>BRIAN ACUÑA, Acting Field Office  )<br>Director of Immigration and Customs  )<br>Enforcement, New Orleans Field Office, et  )<br>al.,  )<br>  )<br>    Respondents.  )<br>  ) | No. 2:25-cv-03034-SHL-atc |

## ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO REPLY

Petitioner Olman Elias Navarro-Rivera seeks leave to file a reply regarding his Motion to Enforce Class Declaration. (ECF No. 20.) The Government opposes the Motion to Enforce Class Declaration, arguing that Navarro-Rivera is not entitled to membership in the class certified by Maldonado Bautista v. Santacruz, No. 5:25-cv-01873, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025) because of his criminal history. (ECF No. 17 at PageID 165.)

Navarro-Rivera initially replied to the Government's Response without permission, (ECF No. 19), and then filed the Motion for Leave to Reply the same day. In the Motion, which is timely under the Local Rules, Navarro-Rivera attaches his previously filed reply brief. (ECF No. 20-1.) He also states that after consultation, opposing counsel does not oppose the Motion for Leave to Reply. (ECF No. 20 at PageID 181.)

This Court's Local Rules require leave of court to file reply briefs for all motions other than those under Local Rules 12.1(c) and 56.1(c). Loc. R. 7.2(c). A motion for leave to reply must be filed within seven days of service of a party's response.

For good cause shown, and because reply briefing will assist in the determination of the

Motion to Enforce Class Declaration, the Motion for Leave to Reply is **GRANTED**. Navarro-Rivera's Reply at **ECF No. 19** is deemed effective as of the date of entry of this Order. Moving forward, Navarro-Rivera is apprised to ensure compliance with the applicable procedural rules before finalizing his filings, not after.

  **IT IS SO ORDERED,** this 19th day of December, 2025.

               s/ Sheryl H. Lipman
               SHERYL H. LIPMAN
               CHIEF UNITED STATES DISTRICT JUDGE